## William E. Hatterman, Appellant, v. Mary L. Tieman et al., Appellees.

### Gen. No. 17,960. (Not to be reported in full.)

Appeal from the Superior Court of Cook county; the Hon. FARLIN Q. BALL, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1911. Affirmed. Opinion filed October 9, 1913.

### Statement of the Case.

Creditor's bill filed by William E. Hatterman against Mary L. Tieman and others to set aside a conveyance as fraudulent. From an order dismissing the bill for want of equity, plaintiff appeals.

WILLIAM D. JOHNSON, for appellant.

GEETING, POTTS & VANDELLEN, for appellees.

MR. PRESIDING JUSTICE McSURELY delivered the opinion of the court.

### Abstract of the Decision.

1. APPEAL AND ERROR, § 886*—*what abstract of record must include.* Ruling on objections and exceptions to a master's report cannot be considered when such objections and exceptions are not included in the abstract of record.

*See Illinois Notes Digest. Vols. XI to XIV, same topic and section number.

2.   APPEAL AND ERROR, § 789*—*when bill of exceptions unnecessary*.   Bill of exceptions in a chancery cause is neither necessary nor proper, unless it be to preserve oral evidence introduced upon the hearing under the statute allowing it to be done.

3.   APPEAL AND ERROR, § 855*—*when certificate of evidence not necessary*.   Evidence need not be preserved by a certificate of the chancellor when there is a report of the master in chancery.   The master's report is a part of the record.